Clyde Frank YOUNG, Plaintiff–
Appellant,

v.

Lonnie SAUNDERS, Warden; L.R. Day, Assistant Warden; S. Hollar, Warden, Defendants–Appellees.

No. 00–7733.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Clyde Frank Young, pro se.

Before NIEMEYER, WILLIAMS, and
GREGORY, Circuit Judges.

PER CURIAM.

Clyde Frank Young appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint pursuant to 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Young v. Saunders,* No. CA–00–791–7 (W.D.Va. Nov. 22, 2000). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*